## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 1:15-00676 GMS |
| | ) | |
| TEACH FOR AMERICA, *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW THIS _____ DAY OF _____, 2018, having

considered Plaintiff Andrew Brook's Motion for an Order of Dismissal with Prejudice

and any response, the Motion is **GRANTED.**  This case is **DISMISSED WITH**

**PREJUDICE.**

**IT IS SO ORDERED.**

_____
J.